Travis N. Barrick, SBN 9257
TRAVIS N. BARRICK, PC
730 Las Vegas Blvd. S., Ste. 104
Las Vegas, Nevada 89101
Telephone: 702-892-3500
Facsimile: 702-386-1946
tbarrick@vegascase.com

Nathan E. Lawrence, NBN 15060
Joseph P. Lawrence, NBN 16726
LAWRENCE & LAWRENCE LAW, PLLC
9480 S. Eastern Ave., Ste. 213
Las Vegas, Nevada 89123
Telephone: 702-534-6556
Facsimile: 702-602-5168
nathan@law2esq.com
joseph@law2esq.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| WESLIE MARTIN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ESQUIVEL, *et al.*,<br><br>　　　　　　Defendants. | Case No.: 3:23-cv-236-ART-CLB<br><br>**STIPULATION FOR ORDER FOR MARSHAL TO SERVE DEFENDANTS DANIEL ESQUIVEL AND BRANDON STUBBS and TO ENLARGE TIME FOR SERVICE**<br><br>**(First Request)** |

　　　　Plaintiff, Denzel Hosea Martin, Special Administrator for the Estate of Weslie Hosea Martin, through his attorneys Travis N. Barrick and Nathan E. Lawrence, and Defendants, through their attorney Jeffrey D. Whipple of the Office of the Nevada Attorney General, hereby submit this Stipulation for Order for U.S. Marshal to Serve Defendants Brandon Stubbs and Daniel Esquivel and to Enlarge Time for Service to be accomplished an additional 60 days. This is the first request for such an extension.

　　　　In support thereof, the parties state the following:

　　　　On 11/22/24, counsel for the Defendants filed under seal the last known

addresses for Defendants Brandon Stubbs and Daniel Esquivel. By rule, counsel for the Defendants was required to provide Plaintiff / counsel a copy of the filing under seal.

On 1/30/25, Plaintiff's counsel emailed Defendants' counsel regarding no receipt of the filing under seal. A telephone call ensued with counsel for the Defendants, who referred to the Court's Order (ECF No. 30, 5:20), arguably precluding service of the under-seal filing (and the noted Defendants' last known addresses) to Plaintiff's counsel.

Accordingly, counsel for the parties hereby stipulate to an Order, directing the U.S Marshal's Office to serve summons on Defendants Esquivel and Stubbs.

In addition, the parties timely stipulate to an extension of 60 days for the U.S. Marshall's Office to complete service of the summons in this matter. This extension would require service of Defendants by April 4, 2025. *See* LR IA 6-1, IA 6-2, and 26-3

| DATED this 3rd day of February 2025. | DATED this 3rd day of February 2025. |
|---|---|
| By: __/s/ Travis N. Barrick__<br>Travis N. Barrick, SBN 9257<br>730 Las Vegas Blvd. S., Ste. 104<br>Las Vegas, Nevada 89101<br>Telephone: 702-892-3500<br>Facsimile: 702-386-1946<br>tbarrick@vegascase.com<br>*Attorney for Plaintiff* | By: __/s/ Jeffrey D. Whipple__<br>Jeffrey D. Wihpple<br>Deputy Attorney General<br>1 State of Nevada Way, Ste. 100<br>Las Vegas, Nevada 89119<br>Telephone: 702-486-3420<br>jwhipple@ag.nv.gov<br>*Attorney for Defendants* |

IT IS SO ORDERED.

DATED this __4th__ day of February 2025.

By: _____
UNITED STATES MAGISTRATE JUDGE

- 2 -